UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES DISTRICT COURT
FILED
APR 2 0 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

J. MICHAEL HAYES, ESQ.

        Plaintiff,

  -vs-

JOHN V. ELMORE, ESQ., In His Capacity
As Chairman Of The State Of New York
Attorney Grievance Committee Of The
Eighth Judicial District,

        Defendants.

**NOTICE OF APPEAL**

Docket No. 01-CV-0907E(Sr)

Notice is hereby given that J. MICHAEL HAYES, ESQ., plaintiff in the above-named action, hereby Appeals to the United States Court of Appeals for the Second Circuit from a Decision and Order entered March 30, 2010, which granted Judgment dismissing Plaintiff's Complaint, and all claims contained therein, including whether the Discioplinary Rule 2.105(c)(1) was unconstitutionally vague, against John V. Elmore, Esq., In His Capacity As Chairman Of The State Of New York Attorney Grievance Committee Of The Eighth Judicial District, and from all non-final Judgments, Orders, and Decisions embodied in that Final Judgment and otherwise brought up for review upon the appeal thereof, including the Memorandum and Order entered July 26, 2004, (the action at that time was titled *Hayes vs. Zakia, As Chairman*) which dismissed Plaintiff's claims that Disciplinary Rule 2.105(c)(1) unconstitutionally infringed upon Plaintiff's First Amendment rights, against the aforementioned Defendant; the Decision and Order entered March 30, 2010, which granted judgment dismissing all Plaintiff, J. Michael Hayes' claims against John V. Elmore, Esq., In His Capacity As Chairman Of The State Of New York Attorney Grievance Committee Of The Eighth Judicial District and Finally determined the Action.

DATED:     Buffalo, New York
           April 20, 2010

                                    By: _____
                                        J. Michael Hayes, Esq.
                                    *Pro Se*
                                    69 Delaware Avenue, Suite 1111
                                    Buffalo, New York 14202
                                    Telephone: (716) 852-1111

TO:    Michael J. Russo, AAG
       **State of New York**
       **Office of Attorney General**
       107 Delaware Avenue
       Fourth Floor
       Buffalo, New York  14202